IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Avlon Industries, Inc., | ) | C/A No.3:11-cv-2856-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| Kim Enterprises d/b/a Kim Enterprises Beauty | ) | |
| Supply d/b/a Kim Enterprises Beauty Supplies, | ) | |
| Chin Kim, Tok Chin Kim, Patricia Kim, and | ) | |
| Does 1 - 5, | ) | |
| Defendants. | ) | |
| _____ | ) | |

On March 13, 2012, this court issued an Order Granting Permanent Injunction in favor of the plaintiff against the defendants that detailed specific actions to be undertaken by the defendants. By letter dated April 6, 2012 and received by the clerk of this court on April 9, 2012, one of the defendant's provided a three-line response indicating that the defendants had removed the products. That response was inadequate and failed to comply with the terms of the injunction. Accordingly, the court instructs the defendants to complete each of the affidavits attached to this order and to submit the completed affidavits to this court no later than fourteen (14) days after defendants receive this order.

IT IS SO ORDERED.

April 17, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge